AUSA: Nhan Ho Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Robert Holbrook Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Weiheng ZENG

Case No. Case: 2:26−mj−30513
Assigned To : Unassigned
Assign. Date : 8/26/2026
Description: CMP USA V. ZENG (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 11, 2026 and August 23, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1001 | False statements |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Robert Holbrook, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: August 26, 2026

City and state: Detroit, MI

Kimberly Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Robert Holbrook, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been since 2019. I have received Basic Field training at the FBI Academy in Quantico, Virginia, as well as additional training and courses in counterintelligence investigations and operations. I am currently assigned to the FBI's Counterintelligence Division, Detroit Field Office,. The FBI's Counterintelligence Division is responsible for exposing, preventing, and investigating ongoing national security threats from foreign intelligence services and other intelligence activities within the United States.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging Weiheng ZENG (DOB XX/XX/2004) with violation of 18 U.S.C. § 1001(a) (false statements).

3. The facts contained in this affidavit come from my personal observations, my training and experience, my review of documents and statements, and information obtained from other law enforcement officers and/or individuals with knowledge of this matter. This affidavit is intended to show merely that there

is sufficient probable cause for the requested complaint and does not set forth all my knowledge regarding this matter.

**Incident at FedEx Facility on April 21, 2026**

4. Weiheng ZENG is a citizen of the People's Republic of China (PRC) who resides in Cambridge, Ontario, Canada and is currently an undergraduate student at the University of Waterloo in Waterloo, Ontario, Canada. ZENG was issued a B1/B2 visa on October 11, 2022, and has entered the United States approximately 24 times since that time.

5. On April 11, 2026, ZENG entered the United States via the Detroit Ambassador Bridge driving a dark blue Chrysler Town & Country with Ontario license plate DBCZ063. At the inspection by U.S. Customs and Border Protection (CBP), ZENG requested to be admitted into the United States to visit his sister in Chicago for one and a half weeks.

6. On April 21, 2026, at approximately 4:00 PM, an unknown individual was seen at the FedEx employee parking lot, located at O'Hare International Airport in Chicago, Illinois. FedEx employees observed this individual, who was at the facility for approximately 20 minutes, taking photographs, walking the fence line, climbing on a parked construction forklift, and attempting to open locked trailers that were positioned against the building. While the individual was on the forklift,

he appeared to be taking photographs of either a parked aircraft or other areas of the airport.

7. FedEx's surveillance footage captured the individual (highlighted by red circles) on a forklift taking photos (Images 1 and 2), as well as attempting to access a delivery truck (Image 3) and a shipping container (Image 4). A close-up photo (Image 5) shows the individual to be an Asian male.




Image 1

[intentionally left blank]




Image 2




Image 3




Image 4




Image 5

8. Surveillance footage also captured a dark blue Chrysler Town & Country (highlighted by the red circle) arriving at the employee parking lot shortly

before the time of the incident (Images 6, 7). A nearby airport camera captured the license plate at the time of the surveillance footage: Ontario license plate DBCZ063.




Image 6




Image 7

9. On April 23, 2026, ZENG departed the United States via Windsor Detroit Tunnel.

10. The incident was later reported, and ZENG was identified to be associated with the dark blue Chrysler Town & Country (Ontario license plate DBCZ063).

## CBP Inspection on August 23, 2026

11. On August 23, 2026, ZENG attempted to enter the United States via the Detroit Ambassador Bridge. He was again in a dark blue Chrysler Town & Country with Ontario license plate DBCZ063 and was accompanied by two other individuals. He claimed that the two individuals were his sister and a university classmate. ZENG requested to be admitted to the United States for a one-day trip to Chicago. ZENG was referred to a secondary inspection based on the report of the April 21, 2026 incident. At the secondary inspection, and as part of their inspection for ZENG's admissibility to the United States on August 23, 2026, CBP conducted three sequential interviews of ZENG.

### First Interview

12. During the first interview, ZENG informed CBP officers that he intended to travel to Chicago, Illinois with his sister and classmate to drop off his sister back at school. ZENG claimed that his classmate—who is a university student

studying aviation and geography—was going to fly him and his sister from Ontario, Canada to Chicago, but the weather was too bad to fly, so they drove instead.

13. When asked about his previous travel to Chicago, ZENG stated that his last trip was in April of 2026. He arrived on April 11, 2026 and stayed for about two weeks at his sister's apartment. ZENG stated that he spent time going around the city but provided few specifics beyond visiting the zoo and Buckingham Memorial Fountain. He later stated that he took pictures of the zoo, Trump Tower, and planes during this trip. When asked about Trump Tower—since it is located in New York—ZENG acknowledged that he might be confusing this trip with a previous trip to New York.

14. CBP border agents reviewed ZENG's phone and observed numerous photos of aircraft, specifically military aircraft. When questioned about those photos, ZENG stated that he takes pictures of model aircraft being tracked for a flight radar website. ZENG stated he had a Nikon and a Sony camera with numerous lenses for this purpose, and he brought his Nikon camera with him on this trip for his sister to use to take pictures. Inspection of the memory card for the camera revealed the memory card was empty and contained no images.

15. ZENG's phone was also found to contain pictures of him and other individuals in tactical clothing and in tactical formations, holding rifle-styled firearms. When asked about those pictures, ZENG stated that the weapon was an

"airsoft" gun, and that it was okay because it was airsoft. ZENG stated that he had fired weapons before in Europe, but denied having any military service or training, or having any family who served in the military.

Second Interview

16. During the second interview, ZENG was again asked about his activities in Chicago, Illinois, in April of 2026. This time, ZENG stated he took landing shots of planes from a public parking lot about 10 minutes away from the airport. When asked about the specific location, ZENG stated it was a cargo company called Atlas Air, but later he changed his story and stated he took pictures of where planes were parked. After CBP officers told ZENG that they did not think he was being completely forthcoming, ZENG stated he went to a FedEx facility and climbed on a forklift to get a better angle to take pictures. ZENG also stated he tried to climb on top of one of the trucks.

17. ZENG also stated that on a prior occasion in 2025, he had trespassed on a FedEx facility at Toronto Pierson Airport and had been caught by a FedEx employee who told him he was not allowed to be there. ZENG stated he knew it was wrong and still decided to do it again on April 21, 2026.

18. During this interview, ZENG admitted to omitting the truth about his planned activities at the O'Hare International Airport in April 2026 when he sought admission into the United States.

19. When asked why he was taking photographs of planes and for whom, ZENG told CBP agents that it was his hobby. ZENG maintained that he took those photographs solely for his hobby even when CBP agents pointed out that he had been trespassing on private property. ZENG claimed that the plane at the FedEx facility in Chicago was an "M[D] 11" that was rare and soon to be out of commission because of accidents.

Third Interview

20. During the third interview, ZENG was told that his and his co-travelers' admissibility could be jeopardized due to his admitted omissions and potential unlawful activities. When asked again why he takes pictures of planes, ZENG ultimately stated that a Chinese contact known to him as "XXXX XXXXX" (precise screenname provided by ZENG, hereinafter referred to as "Chinese Contact") assigned him specific planes and their tail numbers to photograph and paid ZENG $20-30 per picture. ZENG stated he and "Chinese Contact" communicated using Subscriber Identity Module (SIM) cards that were sent to ZENG via mail; ZENG, at the direction of "Chinese Contact," would subsequently destroy the SIM cards, delete the conversations, and delete the photos he took. ZENG stated the phone he used for these communications remained in Canada and was not in his possession.

ZENG's Sworn Statement to CBP

21. As part of its administrative process to document CBP's reasons for denying ZENG admission into the United States and CBP's decision to restrict ZENG's future admission into the United States for a period of five years (based on the false statements made by ZENG to gain admission to the United States) CBP documented ZENG'S material misrepresentations under oath and advised him of the consequences of lying or giving misinformation.

22. After affirming his Chinese citizenship and other demographic information, ZENG acknowledged being at the FedEx facility at Chicago O'Hare International Airport to take photos of American airplanes for a person whom he knew as "Chinese Contact."

23. ZENG attested that "Chinese Contact" approached ZENG through private text messages on "an aviation spotter website" about a year and a half ago. ZENG admitted going to Chicago O'Hare International Airport to take pictures of American planes for "Chinese Contact." ZENG believed "Chinese Contact" to be connected to the Chinese Communist Party, and "Chinese Contact" told ZENG that the pictures of planes taken by ZENG would be used for "research."

24. ZENG admitted that he was untruthful in his answers when interviewed during the secondary inspection on August 23, 2026 to gain entry to the United States, including:

- Failing to mention that he went to the airport when he visited Chicago in April 2026;
- Misrepresenting that he was in a parking lot 10 minutes away from the airport to take pictures of airplanes and then stating that he moved closer to a parking lot by Atlas Air to do that;
- Misrepresenting the fact that he was taking pictures of American airplanes in a secured location;
- Misrepresenting the fact that he was being paid to take photos of American planes; and
- Misrepresenting the fact that he was sending the images to another person several times.

25. ZENG also admitted that he made misrepresentations to CBP to gain entry to the United States on April 11, 2026. Specially, he told CBP that he was visiting his sister and intentionally failed to disclose that he had been instructed by someone in China to take pictures of American airplanes at O'Hare International Airport.

**<u>FBI Interviews ZENG on August 23, 2026</u>**

26. Following the secondary inspection and sworn statement by ZENG by CBP Officers, an FBI agent and an FBI Task Force Officer (TFO) conducted an interview of ZENG and his co-travelers.

27. During the interview with FBI, ZENG initially stated he was obtaining photographs of specific airplanes at the request of a fellow aviation enthusiast that he met on a Chinese website forum, with the screenname "XXXX XXXXX" (referred to throughout this affidavit as "Chinese Contact").

28. ZENG stated "Chinese Contact" was interested in obtaining photographs of rare airplanes for "research" purposes. ZENG stated he would receive the tail numbers (i.e., unique alpha-numeric identifiers marked on the rear tail of an aircraft) to photograph and receive $20-$30 value in RMB from "Chinese Contact" for each accepted photograph. ZENG suspected "Chinese Contact" may have been a PRC government official and stated he surmised "Chinese Contact" worked for PRC's Department of Aviation. ZENG stated he believed "Chinese Contact" worked for the Government of China, because when he started making more requests, the language he used was very organized and managed, not language typically used between friends.

29. ZENG stated he obtained photographs of a specific "American United" aircraft at O'Hare International Airport on April 21, 2026. ZENG stated the aircraft had a unique, temporary paint job, of which photographs were highly desired. ZENG also stated he went to the FedEx facility to obtain a photograph of a FedEx MD 11 aircraft, which was rare to find in service due to the older age of the model. ZENG

stated he received approximately $100 in RMB from "Chinese Contact" for the photographs.

30. When further questioned by FBI investigators, ZENG admitted he was not, in fact, taking images of specific aircrafts, nor did he simply suspect "Chinese Contact" was a PRC government official. ZENG stated he was contacted by "Chinese Contact" on a Chinese forum for aviation enthusiasts in October or November of 2024, and they developed a relationship over the course of three months of daily messaging through the website. ZENG stated "Chinese Contact" had sent him an image of a badge. ZENG pointed to the interviewer's FBI shield as a comparison and described the badge as having the image of Tiananmen Square with the Chinese 5-star symbol. ZENG stated "Chinese Contact" also had provided him with videos of scenes that only security officials would have access to and "Chinese Contact" utilized a "recall" feature in the messaging forum after he watched the videos. ZENG stated "Chinese Contact" never identified the specific Ministry he was employed by, but ZENG knew it was one of the security departments.

31. After three months of messaging on the website, "Chinese Contact" asked if ZENG was willing to "help" him, and ZENG agreed. ZENG claimed that he thought it was "cool" and wanted "to have the opportunity to work with someone like [agents] at the FBI."

32. ZENG stated he received and adhered to the following security precautions provided by "Chinese Contact":

a. ZENG was instructed to delete all messages with "Chinese Contact" on the Chinese website, which ZENG did. ZENG also transitioned his method of communications around March of 2025.

b. ZENG was instructed to use his Huawei (Chinese made) cellular phone and the SIM card "Chinese Contact" sent via mail. The SIM card, which was from China Telecom, allowed ZENG to by-pass Canadian cellular network and connect directly with the Chinese provider network to send text messages to "Chinese Contact."

c. ZENG was instructed to delete all messages with "Chinese Contact" at the end of the month. ZENG deleted all messages after prompting by "Chinese Contact" every month.

d. ZENG was instructed to never take his Huawei phone and SIM card into the United States. ZENG stated he kept the device on his desk at his residence in Canada for every trip he made to the United States.

e. "Chinese Contact" sent ZENG a new SIM card every 4 to 5 months. ZENG was instructed to destroy the old SIM card, which he did by burning it with a lighter.

f. ZENG stated "Chinese Contact" would contact ZENG with a new Chinese phone number (containing country code +86) every time he replaced the SIM card.

g. When ZENG obtained photographs in the United States at the request of "Chinese Contact," ZENG would transfer the images from his camera's SD card and directly transfer them to the Huawei phone and send them to "Chinese Contact." Once the photographs were transferred, ZENG was instructed to delete the photographs. ZENG deleted all photographs he had taken on behalf of "Chinese Contact."

h. ZENG stated he received payments from "Chinese Contact" via bank transfers of RMB in the PRC to his Bank of China account.

i. ZENG was instructed on "cover" stories by "Chinese Contact" for completing assigned tasks in Canada and the United States.

33. ZENG stated "Chinese Contact" was primarily interested in information on transportation and logistics in the United States. "Chinese Contact" asked for information of flight freight logistics, bus routes, and trains routes and schedules. ZENG stated he received several "taskings" from "Chinese Contact." ZENG stated "Chinese Contact" wanted him to go to locations in Orlando, Las Vegas, and Los Angeles to obtain photographs of specific locations surrounding airports. ZENG denied accepting these taskings. ZENG stated he accepted two

taskings over the course of approximately 18 months of communicating with "Chinese Contact."

34. In October 2025, "Chinese Contact" tasked ZENG to obtained photographs inside a FedEx facility at Toronto Pearson International Airport, which ZENG accepted. ZENG stated he obtained photographs of the exterior portions of the facility but could not obtain access inside the building due to badged entry doors. ZENG stated he was confronted by a FedEx employee who told ZENG he was trespassing and had to leave the property. ZENG provided the photographs to "Chinese Contact" and received $200 value in RMB.

35. Prior to April 21, 2026, ZENG was tasked with obtaining photographs of the interior of the FedEx facility at O'Hare International Airport in Chicago Illinois. ZENG stated that "Chinese Contact" provided him a cover story regarding two aircraft that were present at the airport: an American United aircraft with a unique, temporary paint job and a rare FedEx MD 11 aircraft. ZENG was explicitly instructed to say he was obtaining photographs of these planes if caught or questioned. ZENG stated the true task was to obtain interior photographs of the FedEx facility. ZENG provided the photographs to "Chinese Contact" and received $300 value in RMB.

36. At the beginning of the interview, ZENG claimed to FBI agents that he only received $100 value in RMB from "Chinese Contact" in total in exchange for

photographs of planes. Later during the interview, when ZENG admitted to accepting two taskings from “Chinese Contact,” ZENG claimed he had received a total of $500 value in RMB.

37. ZENG stated “Chinese Contact” was not satisfied with the photographs and the photographs were fine, but not what were “expected.”

38. When FBI agents later investigated the website forum that ZENG identified, they found that it does not appear to exist. Additionally, ZENG told FBI agents that he had ended his relationship with “Chinese Contact” in the last two months upon receiving permanent residency in Canada and destroyed the most recent SIM card he received, and that he no longer possessed any SIM cards from “Chinese Contact.” However, when he was interviewed by CBP officers earlier that day, ZENG stated under Oath that he still maintained a SIM card from “Chinese Contact.”

**CONCLUSION**

39. Probable cause exists that on or about April 11, 2026 and August 23, 2026, ZENG violated 18 U.S.C. § 1001 (false statements) in the Eastern District of Michigan.

Respectfully submitted,

Robert Holbrook
FBI Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.:

HONORABLE KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

August 26, 2026