2

FILED
NOV 09 2026
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Criminal No. 26-cr-20754

v.

Honorable Jonathan J.C. Grey

Weiheng Zeng,

Defendant.

---

**Defendant's Acknowledgment of Indictment**

---

I, Weiheng Zeng, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

- **Count 1: False Statements**
  **Penalties: Up to 5 years' imprisonment, up to $250,000 fine, and up to 3 years' supervised release.**

Weiheng Zeng
______________________
Weiheng Zeng
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

William W. Swor
Counsel for Defendant

Dated: 11/9/26